# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1966, A14A1967, A14A1968, A14A1969.  JOSEPH R. NEAL, JR. v. JENNIFER SMALLEY NEAL.**

Joseph R. Neal, Jr. and Jennifer Smalley Neal were divorced in 2010.  The final divorce decree provided that the parties would share joint custody of their daughter and that Joseph Neal would pay child support to Jennifer Neal.  In 2013, Joseph Neal filed an action to hold Jennifer Neal in contempt of the divorce decree's custody provisions and to modify custody.  Jennifer Neal counterclaimed for modification of custody and child support.  The trial court entered a final custody order, temporary child support order, final order child support order, and an order awarding attorney fees to Jennifer Neal.  In Case No. A14A1966, Joseph Neal appeals the final custody order.  In Case No. A14A1967, he filed "Father's Reinstatement of Previously Filed Notice of Appeal of Final Order Modifying Custody."  In Case No. A14A1968, Joesph Neal appeals the temporary child support order.  And in Case No. A14A1969, he appeals attorney fee award.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006).  Because Joseph Neal's appeals of the child support order falls within the Supreme Court's jurisdiction, Case No. A14A968 is hereby TRANSFERRED to the Supreme Court for resolution.  And because the child custody appeals and attorney

fee award arise from the same action, Case Nos. A14A1966, A14A1967, and A14A1969 are likewise TRANSFERRED to the Supreme Court for resolution. See *Williams v. Williams*, __ Ga. __ (757 SE2d 859) (Case Nos. S14A0510 & S14A0512, decided April 22, 2014) (resolving both custody and child support issues in single appeal).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>07/09/2014</u>
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



_____ , *Clerk.*